IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| ACE CURRENCY EXCHANGE, INC. | * | |
| Plaintiff | * | |
| v. | * | Civil No.: HAR 93-984 |
| ACE CASH EXPRESS, INC. | * | |
| Defendant | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**NOTICE OF VOLUNTARY DISMISSAL**

Plaintiff, Ace Currency Exchange, Inc., by its attorneys Andrew Radding and Adelberg, Rudow, Dorf & Hendler, LLC, voluntarily dismisses pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure its pending Motion for Contempt.

_____
ANDREW RADDING (Bar No. 00195)
Adelberg, Rudow, Dorf & Hendler, LLC
600 Mercantile Bank & Trust Building
2 Hopkins Plaza
Baltimore, Maryland 21201
(410) 539-5195

Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 28th day of October, 2003, that a copy of the foregoing Notice of Voluntary Dismissal was mailed, first-class postage pre-paid, to:

Robert J. Mathias, Esquire
Piper Rudnick, LLP
6225 Smith Avenue
Baltimore, Maryland 21209

ANDREW RADDING